**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

BEREAVAL WEBB,                                    :
                                                 :
      Plaintiff                          :
                                                 :
v.                                               :            1:05-CV-124 (WLS)
                                                 :
PHOEBE PUTNEY MEMORIAL HOSPITAL,                 :
et. al.,                                          :
                                                 :
      Defendants                         :
                                                 :
_____

**<u>ORDER</u>**

The Court presently has the following motions under consideration:  Defendant Phoebe

Putney Memorial Hospital's ("Defendant Phoebe") Motion to Dismiss (Doc. 4), Plaintiff's

Motion for Extension of Time (Doc. 19), Plaintiff's Motion to Disqualify Counsel (Doc. 20),

Plaintiff's Motion to Strike (Doc. 27), Defendants' Motion to Dismiss (Doc. 32), Plaintiff's

Motion to Compel (Doc. 34), Plaintiff's Motion to Strike (Doc. 35), Plaintiff's Motion for

Protective Order (Doc. 36), and Defendants' Motion for Summary Judgment (Doc. 38).

Upon review of the parties' relevant filings, the Court notes that Plaintiff, who initiated

the instant action *pro se*, alleges to have representation by counsel.  (*See* Doc. 34).  Neither Dana

Floyd nor Dr. William Hinnant, the persons who allegedly represent Plaintiff, has filed an entry

of appearance as required by M.D. Ga. R. 83.1.3.   To date, Plaintiff has been afforded

considerable assistance and advice by the Court due to her purported *pro se* status.  (*See* Docs.

11, 17, 33).   If indeed Plaintiff is represented by counsel, such assistance is not only

unnecessary, but improper.   Furthermore, a party who claims to have legal representation, such

as Plaintiff, may not submit filings to the Court nor otherwise conduct herself as the attorney of

record.

Therefore, to clarify the issue of representation, Plaintiff is **ORDERED** to submit to the

1

Court a document attesting: 1) whether she has legal representation; 2) if so, who is her legal representative; and 3) when said legal representation, if it exists, commenced.   Plaintiff must file said document **within five (5) days of service of this Order**.

Plaintiff's attorney, should s/he exist, is also **ORDERED** to file an entry of appearance within **five (5) days of service of this Order**.   Plaintiff's attorney is further **ORDERED** to submit an explanation in writing as to the delay in filing such an entry.

**SO ORDERED**, this ___20th___ day of June, 2006.


___/s/W. Louis Sands_____
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**